**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Laurence R Jordan Jr.

**Debtor(s)**

Case No.: 07−80376

Chapter:  7

**ENTERED**
**10/23/2007**

# FINAL DECREE

The estate of the above−named debtor has been fully administered.

The deposit required by the plan has been distributed. (Chapter 13 Only)

IT IS ORDERED THAT:

Robbye R Waldron is discharged as trustee of the estate of the above−named debtor and the bond is cancelled;

The chapter 7 case of the above−named debtor is closed.

Signed and Entered on Docket: 10/23/07

_____
LETITIA Z CLARK
United States Bankruptcy Judge